**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ING BANK, FSB, | No. CIV S-12-0994-LKK-CMK |
| Plaintiff, | |
| vs. | ORDER |
| MARSHALL-EDWARDS MIKELS, et al., | |
| Defendants. | |
| _____/ | |

This case was removed to this court from the Siskiyou County Superior Court by the defendants, proceeding *in propria persona*. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On May 3, 2012, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within a specified time. Timely objections to the findings and recommendations have been filed.

In addition to the objections, defendants have filed a motion to consolidate this action, apparently in an attempt to stand on the cross-complaint, with the underlying state court unlawful detainer action. There is no authority to support such an action. Where there is sufficient jurisdiction, a state action may be removed to this court but a state court action cannot

1

be consolidated with a federal court action.  Here, there is no jurisdiction to support removal.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304(f), this court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed May 3, 2012, are adopted in full;

2. This matter is remanded to the Superior Court of California, County of Siskiyou, for lack of subject-matter jurisdiction; and

3. Defendants' motion to consolidate (Doc. 7) is denied.

DATED: June 22, 2012.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT